1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEAN M. TURK
4  Special Assistant United States Attorney (#131517)
          333 Market Street, Suite 1500
5         San Francisco, California 94105
          Tel: (415) 977-8935
6         Fax: (415) 744-0134
          E-Mail: jean.turk@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LAURA M. HERNANDEZ, | ) | CV 10-5392 AGR |
| Plaintiff, | ) | |
| | ) | **JUDGMENT OF REMAND** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: February 2, 2011

*Alicia G. Rosenberg*

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-