**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Laura M. Hernandez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA M. HERNANDEZ,<br><br>   Plaintiff,<br><br>   v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. CV 10-5392 AGR<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($1,700.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and NINETY-EIGHT CENTS ($369.98) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 4, 2011

*alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

/s/
_____
Troy D. Monge
Attorney for Plaintiff Laura M. Hernandez